IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WALLACE DANIEL GRIGGS,

    Plaintiff,

vs.                                      CASE NO. 5:05cv223-RS

AARON A. WILSON, II, and
PARKER POLICE DEPARTMENT,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 11). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action shall be dismissed without prejudice, and the clerk is directed to enter judgment accordingly.

ORDERED on March 31, 2006.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**